# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-20300-JEM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

GINO TIRES, INC., a Florida Profit Corporation and J & G INVESTMENT PROPERTIES, INC., a Florida Profit Corporation

    Defendant(s).
_____/

## **MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD**

The undersigned counsel, Ronnette Gleizer, Esq., moves to withdraw as co-counsel of record for Plaintiff, HOWARD MICHAEL CAPLAN, in this action, and respectfully requests that no copies of all future pleadings, motions, notices, orders, filings, correspondence, or other written communications concerning Plaintiff or this action be furnished to her, and that her account be removed from the docket, and in support thereof states as follows:

1. The undersigned counsel desires to withdraw as co-counsel of record for Plaintiff.

2. Plaintiff shall still be represented by Ronald Stern, Esq.

3. The undersigned's withdrawal will not prejudice any of the parties, nor impact any other deadline in this action.

4. The relief requested herein is for good cause and will not result in undue delay in the administration of this case.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter an Order allowing Ronntte Gleizer, Esq. to withdraw as co-counsel of record for Plaintiff, HOWARD MICHAEL CAPLAN, in this action.

Respectfully submitted,

By: *Ronnette Gleizer*
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: advocacylawfirmpa@gmail.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-20300-JEM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

GINO TIRES, INC., a Florida Profit Corporation and J & G INVESTMENT PROPERTIES, INC., a Florida Profit Corporation

    Defendant(s).
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 28, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronnette Gleizer*
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: advocacylawfirmpa@gmail.com